

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00256-CR
No. 07-21-00257-CR
_____

GILBERT FERNANDEZ, APPELLANT

V.

STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Collingsworth County, Texas
Trial Court Nos. 3062 & 3063; Honorable Stuart Messer, Presiding

February 22, 2021

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PAKRER, JJ.

Appellant, Gilbert Fernandez, appeals his convictions for murder[1] and for aggravated assault with a deadly weapon.[2]  He was sentenced to life imprisonment for

---

[1] *See* TEX. PENAL CODE ANN. § 19.02.

[2] *See* TEX. PENAL CODE ANN. § 22.02.

murder and to twenty years confinement for aggravated assault, with the sentences to run concurrently. The court reporter's record was due February 10, 2022, but was not filed. The court has been notified that the official court reporter, Krista Hodges, passed away on January 16, 2022. Under these unfortunate circumstances, we abate the appeals and remand the causes to the trial court to arrange for the appointment of a deputy court reporter to complete the record, if possible. *See* TEX. R. APP. P. 13.5, 35.3(c), 37.3(a)(2). The name, address, telephone number, and email address of the deputy court reporter shall be provided by order of the trial court and included in the clerk's record to be filed with this court by March 11, 2022.[3] The court reporter's record shall be filed with this court within thirty days of the date of appointment of the deputy court reporter. Should further time be needed to perform these tasks, then same may be requested.

It is so ordered.

Per Curiam

Do not publish.

---

[3] The clerk's records were due February 10, 2022. To date, the clerk has not filed the records, notified the court of the status of the records, or requested an extension of time. Accordingly, the entire clerk's records, including the *Order Appointing a Deputy Court Reporter*, shall be filed by March 11, 2022.